UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gene M. Bartsch, Phyllis Bartsch, Lana Sue Hanson, Richard A. Hanson, Jane Wiljamaa, Alan Wiljamaa, James England, Debra M. England, Gerald B. Manninen, Rita P. Manninen, Michael Murphy, Pamela S. Murphy, Phyllis Soderberg, Robert Soderberg, Kenneth Stuhr, and Consuelo Stuhr, on their own behalves and on behalf of a class of similarly situated participants and beneficiaries, | Civ. No. 21-988 (PAM/ECW) Civ. No. 21-1122 (PAM/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| General Dynamics Corporation, and Alight Solutions f/k/a Hewitt Associates LLC, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulations for Dismissal with Prejudice in these related cases. (Docket No. 58 in 21cv988; Docket No. 54 in 21cv1122.) The Stipulations seek the entry of dismissal orders.

Accordingly, **IT IS HEREBY ORDERED that** these matters are **DISMISSED with prejudice**, without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   December 20, 2022

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge