# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gene M. Bartsch, Phyllis Bartsch, Lana Sue Hanson, Richard A. Hanson, Jane Wiljamaa, Alan Wiljamaa, James England, Debra M. England, Gerald B. Manninen, Rita P. Manninen, Michael Murphy, Pamela S. Murphy, Phyllis Soderberg, Robert Soderberg, Kenneth Stuhr, Consuelo Stuhr, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 21-cv-988 PAM/ECW |
| General Dynamics Corporation, Alight Solutions, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

these matters are **DISMISSED with prejudice**, without costs or attorney's fees to any party.

Date: 12/22/2022                                                                  KATE M. FOGARTY, CLERK